COA # 08-13-00233-CR                OFFENSE: 49.04

STYLE: Ismael Ortega v. The State of Texas        COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: County Crim Ct No 2

DATE: 2/11/15          Publish: NO  TC CASE #: 1297279

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Ismael Ortega v. The State of Texas

CCA #: _____

____APPELLANT'S____ Petition

CCA Disposition: **267-15**

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

____REFUSED____

JUDGE: _____

DATE: ___04/29/2015___

SIGNED: _____    PC: _____

JUDGE: ___Per Curiam___

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____